**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-4008**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CURTIS RICHARDSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:15-cr-00492-RBH-1)

Submitted:  May 26, 2016              Decided:  May 31, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Curtis Richardson, Appellant Pro Se.  Christopher Dolan Taylor, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Richardson seeks to appeal the district court's order finding pretrial detention appropriate. However, because Richardson subsequently entered a plea of guilty in the district court, we conclude that his appeal is moot, see Murphy v. Hunt, 455 U.S. 478, 481-82 (1982), and we dismiss the appeal on that basis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED